**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-2306**

―――――――――

KENNETH L. SMITH, JR.,

Plaintiff - Appellant,

versus

GERALDINE MIRO, Warden, Allendale Correctional
Institution, sued in her individual and
official capacity; L. COHEN, Classification
Supervisor of the Allendale Correctional
Institution, sued in his individual and
official capacity,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Henry M. Herlong, Jr., District Judge.
(CA-00-3231-1-20AK)

―――――――――

Submitted:  February 21, 2002          Decided:  March 4, 2002

―――――――――

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Kenneth L. Smith, Jr., Appellant Pro Se.  Isaac McDuffie Stone,
III, LAW OFFICE OF DUFFIE STONE, Bluffton, South Carolina, for
Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth L. Smith, Jr., seeks to appeal the district court's order denying his civil action. We have reviewed the record and the district court's opinion accepting, in part, the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm the appeal on the reasoning of the district court. See Smith v. Miro, No. CA-00-3231-1-20AK (D.S.C. filed Oct. 10, 2001 & entered Oct. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2